IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REBECCA SLEPPY, | ) | |
| Plaintiff, | ) | Civil Action No. 06-867 |
| v. | ) | JUDGE DAVID S. CERCONE |
| PENNSYLVANIA STATE POLICE; KEVIN CRISTIE; ROBERT JONES; STEVEN McDANIEL; and CASEY REED, | ) | |
| Defendants. | ) | |

ORDER

AND NOW, this 8th day of November, 2007, pursuant to agreement of the parties, it is hereby ORDERED that Defendants Kevin Christie, Robert Jones, and Steven McDaniel are hereby dismissed with prejudice and that the claims set forth in Plaintiff's complaint for disparate treatment and hostile environment are voluntarily withdrawn.

BY THE COURT:

_DSCercone_ J.